# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOACIM VELAZQUEZ-MENDEZ (1), <br><br> Defendant. | Case No. 16CR1516-H <br><br> Booking No. 56367-298 <br><br> JUDGMENT AND ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Joacim Velazquez-Mendez. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 22, 2016

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE